UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALFONSO J. LONGO and JANET LONGO, | : : : : |
| Plaintiffs, | : CIVIL ACTION NO. 07-4372 (MLC) : |
| v. | : **O R D E R** : : |
| FIRST NATIONAL MORTGAGE SOURCES, et al., | : : : |
| Defendants. | : : |

For the reasons stated in the Court's Opinion, dated August 10, 2010, **IT IS** on this  10th  day of August, 2010, **ORDERED** that the Report and Recommendation of the Magistrate Judge, filed on July 14, 2010, recommending that the settlement agreement between the plaintiffs and the defendant First National Bank be enforced (dkt. entry no. 85) is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and

**IT IS FURTHER ORDERED** that the motion to enforce the settlement agreement (dkt. entry no. 75) is **GRANTED.**

                                    s/ Mary L. Cooper
                                **MARY L. COOPER**
                                United States District Judge